UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:11-CR-04 |
| | ) | |
| MARK EDWARD SALYER | ) | |

# **O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 17, 2011. [Doc. 30]. The Magistrate Judge recommends that the defendant's motion to suppress his statement be denied. The defendant has filed no objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion to suppress his statements filed by the defendant is **DENIED.** [Doc. 24].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE